## DALEY v. PEOPLE.

CERTIORARI to review proceedings before a police justice of Brooklyn, resulting in the conviction of Joseph B. Daley for abandonment and threatened abandonment of his wife under Laws 1871, chapter 395.

*Dailey & Perry*, for plaintiff.

*Wm. J. Dainty* and *James Troy*, for the people.

BARNARD, P. J.

The proceedings and conviction were affirmed on the merits.

*Conviction affirmed.*